NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEREMY RANEY,                          )
                                       )
        Appellant,                     )
                                       )
v.                                     )        Case No. 2D18-2600
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                      )
                                       )
_____)

Opinion filed August 23, 2019

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and
Stephen M. Grogoza, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and BLACK, JJ., Concur.